[Civ. No. 7931. First Appellate District, Division One.—April 16, 1931.]

W. W. FUNGE, Jr., Petitioner, v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

W. W. Funge, Jr., *in pro. per.*, for Petitioner.

No appearance for Respondents.

THE COURT.— Petition for a writ of *mandamus* to compel the county clerk of the city and county of San Francisco to pay petitioner a certain sum of money, together with exemplary damages, for issuing a certain execution in an action in which petitioner was a party. It is also prayed that the writ of execution referred to be annulled and set aside. Petitioner has a complete remedy in an action at law, if any exists, for the relief which he here seeks. The application is therefore denied.